O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4503 AHM (PLAx) | Date | July 2, 2009 |
|---|---|---|---|
| Title | BUZZ MEDIA v. ROBOT DEVIL MEDIA, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On June 23, 2009, Plaintiff filed this action based on diversity jurisdiction under 28 U.S.C. § 1332. Complaint ¶ 9. However, diversity jurisdiction is not evident from the face of the Complaint.

A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Sys., Inc.*, 80 F.3d 339 (9th Cir. 1996). Jurisdiction must be determined from the face of the complaint. *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987). A federal court has original jurisdiction over a civil matter "where the matter in controversy exceeds the sum or value of $75,000, . . . and is between . . . citizens of a State and citizens or subjects of a foreigryhn state." 28 U.S.C. § 1332(a). "[A] party seeking to invoke diversity jurisdiction should be able to allege affirmatively the actual citizenship of the relevant parties." *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001).

Plaintiff alleges that it is a corporation "incorporated under the laws of the State of California with its principle place of business located in Los Angeles, California. Complaint ¶ 5. However, Plaintiffs' complaint fails to allege the citizenship of Defendant Philip Miresco; instead, the complaint only alleges that Miresco is "residing" in Canada. *Id.* ¶ 8. Thus, Plaintiff's allegations do not establish diversity jurisdiction.

///
///
///

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4503 AHM (PLAx) | Date | July 2, 2009 |
|---|---|---|---|
| Title | BUZZ MEDIA v. ROBOT DEVIL MEDIA, INC., et al. | | |

    Accordingly, and good cause appearing therefor, the Court hereby ORDERS Plaintiff TO SHOW CAUSE on or before **July 15, 2009**, why this action should not be dismissed for lack of diversity jurisdiction.

    Failure to respond on or before that date will be construed as consent to dismissal.

                                                                     :

Initials of Preparer      SE