O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4503 AHM (PLAx) | Date | July 28, 2009 |
|---|---|---|---|

| Title | BUZZ MEDIA v. ROBOT DEVIL MEDIA, INC., et al. |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| S. Eagle | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

      The Court has reviewed the response by Plaintiff to the Order to Show Cause. Plaintiff has now amended its complaint to allege the citizenship of Defendant Philip Miresco.  For good cause shown, the Court  hereby DISCHARGES its July 2, 2009 Order to Show Cause.[1]

                                                                                   :

Initials of Preparer    se

---

[1] Docket No. 6.